**STATE v. PATTERSON**

[356 N.C. 606 (2002)]

STATE OF NORTH CAROLINA v. WILLIAM NOLAN PATTERSON

No. 307A02

(Filed 20 December 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 150 N.C. App. 393, 563 S.E.2d 88 (2002), finding no error in judgments entered 18 August 2000 by Weeks, J., in Superior Court, Cumberland County. The case was calendared for argument in the Supreme Court 3 December 2002, but was determined on the briefs without oral argument upon the parties' joint motion for the Court to decide the case pursuant to N.C. R. App. P. 30(f)(1).

*Roy Cooper, Attorney General, by Thomas O. Lawton III, Assistant Attorney General, for the State-appellee.*

*John T. Hall for defendant-appellant.*

PER CURIAM.

AFFIRMED.